1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GERROD L. HERNDON,                          No.  2:16-cv-1410 CKD P

12              Plaintiff,

13         v.                                     ORDER and FINDINGS AND
                                                  RECOMMENDATIONS
14    CALIFORNIA STATE PAROLE OFFICE,
      et al.,

15
                Defendants.
16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action on June 22, 2016,

18    along with an application to proceed in forma pauperis.  (ECF Nos. 1 & 2.)  As the application

19    was incomplete, on June 30, 2016, the court granted plaintiff thirty days to file a completed

20    affidavit in support of his request and a certified copy of his prison trust account statement.  (ECF

21    No. 4.)  Plaintiff was advised that failure to comply with this order would result in the dismissal

22    of this action without prejudice.  (Id.)  The thirty-day period has passed, and plaintiff has not

23    responded to the court's order.

24         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a

25    district judge to this action.

26         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

27    Local Rule 110; Fed. R. Civ. P. 41(b).

28    ////

                                              1

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

5  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

6  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

7  (9th Cir. 1991).

8  Dated:  August 12, 2016

9                                            CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14  2 / hern1410.fifp

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2