UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE PAROLE OFFICE, et al.,<br><br>Defendants. | No. 2:16-cv-1410 TLN CKD P<br><br><br><br>ORDER |

Plaintiff commenced this pro se prisoner civil rights action on June 22, 2016. (ECF No. 1.) On August 12, 2016, the undersigned recommended that this action be dismissed due to plaintiff's failure to file a complete motion to proceed in forma pauperis or pay the filing fee. (ECF No. 5.) On the same day, the Clerk of Court assigned a district judge to this action. Since that time, plaintiff has filed a notice of consent to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 302. (ECF No. 7.) As no defendant has been served, plaintiff is the only party to this action.

Plaintiff has filed a proposed amended complaint (ECF No. 6) but has not paid the filing fee or submitted a proper request to proceed in forma pauperis. Plaintiff has not filed objections to the findings and recommendations. On this record, the undersigned concludes there is no basis for modifying its prior conclusion that this action should be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed August 12, 2016 as an order; and (b) withdraw the assignment of a district judge to this action; and

2. For the reasons stated in this court's order filed August 12, 2016, this action is dismissed without prejudice.

Dated: September 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/hern1410.cb